```
          IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF ALABAMA
                   SOUTHERN DIVISION
```

THOMAS LANE,                          :
                                      :
    Plaintiff,                        :
                                      :
vs.                                   :   CIVIL ACTION 12-0277-CG-M
                                      :
S. STALLWORTH, et al.,                :
                                      :
    Defendants.                       :

## ORDER

Defendants' state in their Special Report that Plaintiff's glasses and legal documents have been returned to him (Doc. 7). These are the items Plaintiff stated he wanted returned to him in his complaint. Therefore, it appears this action may be moot since Plaintiff has received those items back.

Plaintiff is hereby **ORDERED** to inform the Court **not later than August 2, 2012,** if he still wishes to proceed or that this action now moot and should be dismissed. If the Court does not hear from Plaintiff by that date, the Court will assume that Plaintiff no longer wishes to pursue this action and this action will be dismissed.

DONE this 12th day of July, 2012.

s/Bert W. Milling, Jr.
UNITED STATES MAGISTRATE JUDGE